# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

In Re: NIKKI STEWART                                                    Case No: 4:21-bk-10907 J
                                                                                           Chapter 13

## Summary Notice of Claims Filed

Pursuant to an examination of the proofs of claims filed in this case, Jack W Gooding, Chapter 13 Standing Trustee, provides this Summary Notice of Claims Filed for claims filed on or before the date of this Notice. This Notice is provided to the Debtor and the Debtor's attorney and is filed with the United States Bankruptcy Court.

In this Notice, the classification of each claim (e.g., priority, secured or unsecured) is listed. "Not filed" denotes a debt disclosed in the Debtor's bankruptcy schedules for which no proof of claim has been filed. Except of the classification of a claim as "priority," a claim filed that is not listed in the Debtor's bankruptcy schedules is described as "unlisted." For any claim filed as "priority," the claim is listed as "priority" regardless of the listing in the Debtor's schedules.

Pursuant to 11 U.S.C. Sections 501 and 502 and Federal Rule of Bankruptcy Procedure 3007, a claim or interest for which a proof of claim is filed is deemed allowed unless the Debtor or a party in interest objects to the claim and obtains an order modifying or disallowing the claim as filed. If no order is entered which modifies or disallows a claim, each of the claims noted below will be paid as filed, subject to the terms of the confirmed plan and the United States Bankruptcy Code.

This Notice is a summary only of the proofs of claims filed with the United States Bankruptcy Court and is not intended as legal advice on any issue regarding the claims including, without limitation: (1) the accuracy of the claim; (2) the underlying objection; or (3) the treatment of the filed claim in the plan. Filing of this Notice is not a waiver of the Trustee's rights to seek allowance or determination of the status of any claim pursuant to the Bankruptcy Code of the Federal Rules of Bankruptcy Procedure.

Date: 12/9/2021                                                         /s/ Jack W Gooding
                                                                          Standing Chapter 13 Trustee

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| ECMC<br>LOCKBOX #8682<br>P O BOX 16478<br>ST PAUL, MN 55116-0478 | $15,175.49<br>Allowed | UNLISTED UNSECURED CLAIM<br>Account No: 7413<br>Description: | Pro-Rata |
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4824 | $0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Description: | |

4:21-bk-10907 J
NIKKI STEWART

| Creditor Name and Address | Claim Amount | Claim Information | Pay % |
|---|---|---|---|
| LVNV FUNDING LLC (ACH)<br>c/o RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | $922.23<br>Allowed | UNSECURED<br>Account No:  3581<br>Description:  SHERMAN ORIGINATOR | Pro-Rata |
| LVNV FUNDING LLC (ACH)<br>c/o RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | $453.28<br>Allowed | UNSECURED<br>Account No:  9777<br>Description:  SHERMAN ORIGINATOR | Pro-Rata |
| MATTHEW D MENTGEN (ACH)<br>6 FAIR HILL CIR<br>LITTLE ROCK, AR  72205-4801 | $0.00<br>Allowed | ATTORNEY FEE<br>Account No:<br>Description: | 100.00 |
| Mission Lane<br>PO Box 105286<br>Atlanta, GA  30348-5286 | $0.00<br>Claim Not Filed | UNSECURED<br>Account No:<br>Description: | |
| PREMIER BANKCARD LLC (ACH)<br>C/O JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $683.09<br>Allowed | UNSECURED<br>Account No:  2570<br>Description: | Pro-Rata |
| VANDERBILT MORTGAGE & FINANCE<br>P O BOX 9800  BANKRUPTCY DEPT<br>MARYVILLE, TN  37802 | $38,148.46<br>Allowed | MORTGAGE PAY IN FULL<br>Account No:  5103<br>Description:  514 HOLLYHOCKS ST    ****MH<br>Monthly Payment:   $712.76 | 100.00 |

CC:  Nikki Stewart
     514 Hollyhocks St
     North Little Rock, AR  72117-2216

     Matthew D Mentgen (Ach) - Electronically by ECF